SUZANNE M. SEARLES *v.* BOARD OF EDUCATION
OF THE TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 20853) is denied.

ZARELLA, J., did not participate in the consideration or decision of this petition.

*Suzanne M. Searles,* pro se, in support of the petition.

*Erik J. Ness* and *John B. Farley,* in opposition.

Decided March 30, 2001